B. SCHWARTZBERG, *Appellant,* v. THE CENTRAL AVENUE STATE BANK, *Appellee.*

No. 18,419.

Appeal from Wyandotte court of common pleas; HUGH J. SMITH, judge. Opinion filed October 11, 1913. Dismissed.

*E. C. Little,* of Kansas City, for the appellant.

*Junius W. Jenkins,* of Kansas City, for the appellee.

*Per Curiam:* The appeal in this case is dismissed for want of even a fairly sufficient legal abstract presenting the proceedings which the court is asked to review, and for want of the presentation of any reasonable excuse for not filing such an abstract.